UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **CAROL DOLLIOLE** | **CIVIL ACTION** |
| **VERSUS** | **NO. 07-5885** |
| **STATE FARM FIRE AND CASUALTY COMPANY AKA STATE FARM INSURANCE COMPANY** | **SECTION B(5)** |

### ORDER AND REASONS

Before the Court is Plaintiff's Motion To Remand. (Rec. Doc. No. 3). After review of the pleadings and applicable law, and for the reasons that follow,

**IT IS ORDERED** that Plaintiff's Motion is **GRANTED.**

### BACKGROUND

Plaintiff owned property located at 4229 South Prieur Street in New Orleans, Louisiana. Defendant issued an insurance policy covering Plaintiff's property. The property in question allegedly sustained damage as a result of Hurricane Katrina. Plaintiff subsequently filed suit against Defendant in Civil District Court for the Parish of Orleans. Defendant removed the case to Federal Court on September 24, 2007. On December 20, 2007 Plaintiff filed this Motion to Remand. The basis of the Motion is that the amount in controversy does not exceed $75,000.

### DISCUSSION

The only issue in the present case is whether the amount in controversy exceeds $75,000, which is a necessary prerequisite for

1

this Court to exercise Diversity Jurisdiction. The Court may consider post-removal affidavits in order to determine the amount in controversy. *Hammel v. State Farm Fire and Cas. Co.*, 2007 WL 519280, *2 (E.D. La. 2007). In the present case, Plaintiff filed along with her Motion to Remand a Binding Stipulation which provided: "Neither Plaintiff nor her lawyers will accept an amount that exceeds $75,000.00, exclusive of interest, costs, and attorneys' fees." Defendant objected to Plaintiff's Motion on the grounds that the Stipulation did not properly establish that Plaintiff's claim was less than $75,000. Specifically, Defendant argued that while the above provision of the Stipulation properly excluded interest and cost, it should have *included* attorneys' fees. *See Hammel*, 2007 WL at *5. In response to Defendant's Opposition, Plaintiff revised its Binding Stipulation to state the following: "Neither Plaintiff nor her lawyers will accept an amount that exceeds $75,000.00, inclusive of interest, costs, and attorneys' fees." The Court finds that this revision is sufficient to establish that Plaintiff's claim does not exceed $75,000. Accordingly,

**IT IS ORDERED** that Plaintiff's Motion to Remand is **GRANTED**.

New Orleans, Louisiana this 20th day of March, 2008.

_____
UNITED STATES DISTRICT JUDGE